DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TERRY C. LANCASTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0466

_____

February 12, 2025

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Terry C. Lancaster, pro se.

John M. Guard, Acting Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


BLACK, Judge.

Terry Lancaster appeals from the order denying his Florida Rule of Criminal Procedure 3.800(a) motion and the sanction order barring him from filing further pro se pleadings in circuit court case number CRC00-02032CFANO. To the extent Lancaster challenges the order denying his rule 3.800(a) motion, the appeal is dismissed for lack of jurisdiction

because the notice of appeal was filed more than thirty days after rendition of that order. *See* Fla. R. App. P. 9.141(b)(1); Fla. R. App. P. 9.110(b); *cf. Garson v. State*, 338 So. 3d 301, 302 (Fla. 4th DCA 2022). To the extent Lancaster challenges the sanction order, we affirm without comment.

Dismissed in part; affirmed in part.

SILBERMAN and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.